IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| DIAGO MONTAGE WILLIAMS, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 5:10-CV-194(MTT) |
| DAVID FRAZIER, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

This matter is before the Court on the Recommendation (Doc. 21) of United States Magistrate Judge Charles H. Weigle. The Magistrate Judge recommends granting the Defendant's Motion to Dismiss (Doc. 11) because the facts as alleged by the Plaintiff do not support a finding of deliberate indifference. Because the Plaintiff has failed to show that his federal rights have been or are presently being violated, the Plaintiff is not entitled to the prospective relief he demands. The Plaintiff did not file an objection to the Recommendation. The Court has reviewed the Recommendation, and the Recommendation is adopted and made the order of this Court. The Defendant's Motion to Dismiss is **GRANTED**, and this action is **dismissed**.

**SO ORDERED,** this 26th day of January, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT